**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RACHELLE BROUGHTON,

        Plaintiff,

  v.

METROPOLITAN LIFE INS.,

        Defendant.
_____/

No. C 13-00966 SI

**RECUSAL ORDER**

      I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

      **IT IS SO ORDERED.**

Dated: May 20, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE