IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RACHELLE BROUGHTON,

    Plaintiff,

  v.

METROPOLITAN LIFE INS.,

    Defendant.

No. C 13-00966 SI

**RECUSAL ORDER**

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: May 20, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE