1  **Creitz & Serebin LLP**
2  Joseph A. Creitz, Cal. Bar No. 169552
3  joe@creitzserebin.com
   Lisa Serebin, Cal. Bar No. 146312
4  lisa@creitzserebin.com
5  CREITZ & SEREBIN LLP
   250 Montgomery Street, Suite 1400
6  San Francisco, CA 94104
7  415.466.3090 (tel)
   415.513.4475 (fax)
8
9  Attorneys for Plaintiff

10
            IN THE UNITED STATES DISTRICT COURT
11
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                    OAKLAND DIVISION
13

14

15  RACHELLE BROUGHTON,

16         Plaintiff,                Case No.: C 13-0966 PJH

17     vs.

18  METROPOLITAN LIFE                **STIPULATED REQUEST FOR**
19  INSURANCE COMPANY,               **DISMISSAL WITH PREJUDICE**
                                     **AND [proposed] ORDER OF**
20         Defendant.                **DISMISSAL**

21

22

23

24

25

26

27

28  BROUGHTON v. METLIFE, C 13-0966 PJH
    STIP. REQ. FOR DISMISSAL AND ORDER                      1

TO THE ABOVE ENTITLED COURT AND ALL INTERESTED PARTIES

In accordance with the terms of the Settlement Agreement executed by the parties in the above-captioned action, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Rachelle Broughton and Defendant Metropolitan Life Insurance Company hereby stipulate and request that this action in its entirety be dismissed with prejudice.  Each party shall be responsible for bearing its own costs and attorney's fees incurred in connection with this action and the completion of the settlement of same.

Dated:  September 3, 2013          /s/ Lisa S. Serebin
                                   Lisa S. Serebin,
                                   CREITZ & SEREBIN LLP
                                   Counsel for Plaintiff


Dated:  September 3, 2013          /s/ Rebecca Hull
                                   Rebecca Hull
                                   Erin Cornell
                                   Sedgwick LLP
                                   Counsel for Defendant

BROUGHTON v. METLIFE, C 13-0966 PJH
STIP. REQ. FOR DISMISSAL AND ORDER                              2

## [~~Proposed~~] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, and good cause appearing, this matter is hereby DISMISSED WITH PREJUDICE as to all claims and causes of action asserted against any and all parties therein, and each party is ordered to bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: September 12, 2013

_____
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

BROUGHTON v. METLIFE, C 13-0966 PJH
STIP. REQ. FOR DISMISSAL AND ORDER                                               3