**Creitz & Serebin LLP**

Joseph A. Creitz, Cal. Bar No. 169552
joe@creitzserebin.com
Lisa Serebin, Cal. Bar No. 146312
lisa@creitzserebin.com
CREITZ & SEREBIN LLP
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RACHELLE BROUGHTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: C 13-0966 PJH<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [proposed] ORDER OF DISMISSAL** |

BROUGHTON v. METLIFE, C 13-0966 PJH
STIP. REQ. FOR DISMISSAL AND ORDER                                                                    1

1   TO THE ABOVE ENTITLED COURT AND ALL INTERESTED PARTIES

2   In accordance with the terms of the Settlement Agreement executed by the
3   parties in the above-captioned action, and pursuant to Rule 41 of the Federal Rules
4   of Civil Procedure, Plaintiff Rachelle Broughton and Defendant Metropolitan Life
5   Insurance Company hereby stipulate and request that this action in its entirety be
6   dismissed with prejudice.  Each party shall be responsible for bearing its own costs
7   and attorney's fees incurred in connection with this action and the completion of
8   the settlement of same.

11  Dated:  September 3, 2013         /s/ Lisa S. Serebin
12                                    Lisa S. Serebin,
                                      CREITZ & SEREBIN LLP
13                                    Counsel for Plaintiff

15
16  Dated:  September 3, 2013         /s/ Rebecca Hull
                                      Rebecca Hull
17                                    Erin Cornell
                                      Sedgwick LLP
18                                    Counsel for Defendant

28  BROUGHTON v. METLIFE, C 13-0966 PJH
    STIP. REQ. FOR DISMISSAL AND ORDER                                           2

## [~~Proposed~~] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, and good cause appearing, this matter is hereby DISMISSED WITH PREJUDICE as to all claims and causes of action asserted against any and all parties therein, and each party is ordered to bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: September 12, 2013



_____
UNITED STATES DISTRICT JUDGE

BROUGHTON v. METLIFE, C 13-0966 PJH
STIP. REQ. FOR DISMISSAL AND ORDER                                                3